**FILED**

Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By Carrie Ramirez at 10:08 am, Nov 23, 2009

## United States Bankruptcy Court
### For the Southern District of Georgia

| | | |
|---|---|---|
| In the matter of:<br>Doug B. Andrews | )<br>)<br>) | Chapter 7<br>Case Number 09-41641-LWD |
| Debtor(s) | ) | |

### ORDER ON MOTION FOR RELIEF FROM STAY

**MOVANT: U.S. Bank, NA**

**SUBJECT PROPERTY: 110 Myrtlewood Drive, Guyton, GA** ( 2nd DSO )

After notice and a hearing, the Motion is ordered:

**X   Granted.**
    ☐   Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.

    ☐   Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate within _____ days of this order.

☐   **Denied.**

☐   **Continued to** _____ at _____ a.m. / p.m.

    ☐   The debtor shall make timely post-petition payment to movant as required by the Chapter 13 plan.

    ☐   The debtor shall tender payments to cure an arrearage of _____ as follows:

    Pay_____ by _____

    Pay_____ per month beginning _____.

        for _____ months and a final payment of _____

**STRICT COMPLIANCE IS ORDERED as follows:**

☐   That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon debtor and debtor's attorney. Upon the expiration of ten (10) days without filing of a counter-affidavit by the debtor disputing the facts of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion notice or hearing.

☐   The automatic stay is lifted automatically and without any futher Notice or Order of Court, in the event that debtor remains in default in the performance of any payment obligation set forth in this order ten (10) days after the filing and service of a Notice of Non-compliance by Movant. Any action to reimpose the stay seeks injunctive relief and shall be brought as an Adversary Proceeding under Rules 7065 and 9011.

☐   The strict compliance provision of this Order shall expire on _____

**X   Other provisions: 10 days of Rule 4001 waived.** _____

Dated:   **NOV 19 2009**

_Lamar W. Davis, Jr., United States Bankruptcy Judge_

By our signatures below we do hereby consent to the entry of the foregoing order:

_____
Attorney for Movant

_____
Attorney for Respondent/Debtor

_____
Trustee

NO DEFENSE